# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| BANK OF NEW YORK MELLON, | ) | Case No. 2:17-cv-00965-APG-NJK |
| Plaintiff(s), | ) | |
| vs. | ) | ORDER |
| HIGHLANDS MAINTENANCE CORPORATION, INC., et al., | ) | |
| Defendant(s). | ) | |

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file, no later than June 30, 2017, either (1) a joint proposed discovery plan; or (2) a status report explaining why a proposed discovery plan should not be filed at this time.

IT IS SO ORDERED.

DATED: June 23, 2017.

NANCY J. KOPPE
United States Magistrate Judge