LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.
KALEB D. ANDERSON, ESQ.
Nevada Bar No. 7582
MEGAN H. HUMMEL, ESQ.
Nevada Bar No. 12404
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 - Telephone
(702) 382-1512 - Facsimile
kanderson@lipsonneilson.com
mhummel@lipsonneilson.com

*Attorneys for Defendant*
*Highlands Maintenance Corporation, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-49CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-49CB<br><br>Plaintiff,<br><br>vs.<br><br>HIGHLANDS MAINTENANCE CORPORATION, INC.; ANGELA YUNHUA CHEN; and RED ROCK FINANCIAL SERVICES, LLC,<br><br>Defendants. | Case No.: 2:17-cv-00965-APG-NJK<br><br>**SUBSTITUTION OF ATTORNEY** |

JOSEPH P. GARIN, ESQ. of the law firm of LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C. is hereby substituted as attorney of record for Defendant HIGHLANDS MAINTENANCE CORPORATION, INC., in the above-entitled action, in place and stead of Edward D. Boyack, Esq., of BOYACK ORME & ANTHONY.

DATED this 30th day of Jan., 2019.

HIGHLANDS MAINTENANCE CORPORATION, INC.

_____

BOYACK ORME & ANTHONY, hereby agrees and consents to the substitution of LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C. as attorneys of record for Defendant, HIGHLANDS MAINTENANCE CORPORATION, INC.

DATED this 21st day of December, 2017.

BOYACK ORME & ANTHONY

*[signature]* (of counsel)
Edward D. Boyack, Esq. (NV Bar No. 005229)
Kelley K. Blatnik, Esq. (NV Bar No. 12768) (of counsel)
7432 W. Sahara Avenue, Suite 101
Las Vegas, NV 89117

I hereby accept the above and foregoing substitution as attorney for the Defendant, HIGHLANDS MAINTENANCE CORPORATION, INC.

DATED this 4th day of January 2018.

LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.

By: *[signature]*
Kaleb D. Anderson, Esq. (Bar No. 7582)
Megan H. Hummel, Esq. (Bar No. 12404)
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144

*Attorneys for Defendant*
*Highlands Maintenance Corporation, Inc*

IT IS SO ORDERED.

Dated: January 31, 2018

*[signature]*
UNITED STATES MAGISTRATE JUDGE