LIPSON NEILSON P.C.
KALEB D. ANDERSON, ESQ.
Nevada Bar No. 7582
MEGAN H. HUMMEL, ESQ.
Nevada Bar No. 12404
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 - Telephone
(702) 382-1512 - Facsimile
kanderson@lipsonneilson.com
mhummel@lipsonneilson.com

*Attorneys for Defendant*
*Highlands Maintenance Corporation, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-49CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-49CB<br><br>Plaintiff,<br><br>vs.<br><br>HIGHLANDS MAINTENANCE CORPORATION, INC.; ANGELA YUNHUA CHEN; and RED ROCK FINANCIAL SERVICES, LLC,<br><br>Defendants. | Case No.: 2:17-cv-00965-APG-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR FILING OPPOSITION TO DISPOSITIVE MOTIONS**<br><br>**(FIRST REQUEST)** |

Plaintiff, The Bank of New York Mellon FKA The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-49CB, Mortgage Pass-Through Certificates, Series 2005-49CB ("BoNYM"), and Defendant, Highlands Maintenance Corporation, Inc. ("HOA"), by and through their respective attorneys of record, hereby stipulate and agree to the following:

///

///

*The Bank of New York Mellon v. Highlands Maintenance Corporation, et al.*
Case No. 2:17-cv-00965-APG-NJK

1. On May 13, 2019, the Court entered a Discovery Plan and Scheduling Order (ECF No. 38), which set a dispositive motion deadline of October 24, 2019.

2. On October 24, 2019, HOA filed Defendant Highlands Maintenance Corporation's Motion for Partial Summary Judgment (ECF No. 47). Responses thereon are due on November 14, 2019.

3. BoNYM requests an additional thirty (30) days within which to submit responses to the above dispositive motions, up to and including **December 14, 2019.**

This stipulation is submitted based upon good cause and is not made for the purpose of delay. The request is made to allow counsel additional time to meaningfully respond to the arguments raised in the motion.

DATED this 18th day of November, 2019.

LIPSON NEILSON P.C.

*/s/ Megan H. Hummel*
_____
Kaleb D. Anderson, Esq. (Bar No.7582)
Megan H. Hummel, Esq. (Bar No. 12404)
9900 Covington Cross Drive, Suite 120
Las Vegas, NV 89144
*Attorneys for Defendant
Highlands Maintenance Corporation, Inc.*

DATED this 18th day of November, 2019.

AKERMAN LLP

*/s/ Tenesa S. Powell*
_____
Ariel E. Stern, Esq. (Bar No. 8276)
Tenesa S. Powell, Esq. (Bar No. 12488)
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
*Attorneys for Plaintiff The Bank of New York Mellon as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-49CB, Mortgage Pass-Through Certificates, Series 2005-49CB*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: November 18, 2019.