# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF NEW YORK MELLON, | Case No.: 2:17-cv-00965-APG-NJK |
| Plaintiff | **Order for Stipulation of Dismissal or Status Report** |
| v. | |
| HIGHLANDS MAINTENANCE CORPORATION, INC., et al., | |
| Defendants | |

On December 13, 2019, plaintiff Bank of New York Mellon and defendant Highlands Maintenance Corporation notified the court that they had reached a settlement. ECF No. 52.

I THEREFORE ORDER that by April 17, 2020, these parties shall file either a stipulation of dismissal or a status report, including whether plaintiff Bank of New York Mellon intends to pursue its claims against remaining defendants Angela Yunhua Chen and Red Rock Financial Services, LLC.

DATED this 27th day of March, 2020.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE